Nelson A. Lugo, recurrente, *v.* El Registrador de la Propiedad de San Germán, recurrido.

Núm. 1202.—*Sometido:* Enero 13, 1947. *Resuelto:* Abril 17, 1947.

*Carlos García Méndez,* abogado del recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Todd, Jr., emitió la opinión del tribunal.

Por escritura número 83 otorgada en Cayey el día 8 de septiembre de 1939 ante el notario Víctor M. Pons, modificada posteriormente por escritura número 75 otorgada ante el mismo notario el 15 de junio de 1940, se llevó a cabo la partición de los bienes relictos al fallecimiento de don Aureliano Peláez Santos. En dicha partición se le adjudicó a doña Julia Santos Santiago, en bienes, la suma de $2,900 para el pago de bajas del caudal hereditario consistentes en una hipoteca por $2,000 a favor del Hospital de la Concepción y $900 para gastos de documentación. Habiéndose cancelado la hipoteca, el Sr. Pons otorgó escritura el día 7 de septiembre de 1946 ante el notario Angel M. Díaz haciendo

constar que fué él el que como notario autorizó la documentación relacionada con la partición mencionada anteriormente y que ''desde antes de esta fecha le fué satisfecha por doña Julia Santos Santiago la suma de novecientos dólares a ella adjudicada para el pago de los gastos de documentación; y en su consecuencia por medio de la presente escritura otorga la más formal carta de pago por la expresada suma de novecientos dólares que le fuera satisfecha por concepto de gastos de documentación, deseando que con vista de esta escritura se proceda a la cancelación de dicho gravamen . . .''

Presentada en el Registro de la Propiedad de San Germán dicha escritura el Registrador denegó la cancelación solicitada ''por observar que según el Registro la baja mencionada aparece como 'novecientos *dollars* de gastos de documentación' sin que se exprese específicamente el nombre del acreedor, no acreditándose debidamente que éste sea el Sr. Víctor M. Pons que ahora cancela . . .''

El único motivo expuesto por el Registrador en su alegato para explicar su actuación es que ''los términos generales en que está concebida y consignada la mención no descarta *la posibilidad* de que haya otras personas con derecho a dicha baja por gastos de documentación. . . .''

Creemos que el Registrador no tiene razón. Si de la documentación ante su consideración aparece que fué el notario Víctor M. Pons quien otorgó las dos escrituras relacionadas con la partición de bienes de don Aureliano Peláez Santos y que en ellas se consignó la suma de novecientos dólares para gastos de documentación, y luego el propio notario Sr. Pons otorga escritura haciendo constar que se le han satisfecho dichos novecientos dólares por doña Julia Santos Santiago, precisamente por el concepto mencionado en la escritura de partición, ¿qué posibilidad puede haber de que existan otros acreedores con derecho a dicho crédito, precisamente por el concepto de ''gastos de documentación''?

No debemos olvidar que es un notario quien en documento público hace constar que él fué quien realizó dicha labor—hecho comprobado por las escrituras otorgadas por él—y que fué pagado en la suma mencionada en la baja por la Sra. Santiago. Y nada tenía ante sí el Registrador recurrido que pueda impugnar la veracidad de lo consignado en la escritura de cancelación.

*Debe revocarse la nota recurrida y ordenarse la cancelación solicitada.*